1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California  93721
   Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 5:07-mj-00021 TAG |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO UNSEAL |
| v. ) | CRIMINAL COMPLAINT |
| ) | AND ARREST WARRANT |
| VINCENT RIVERA, ) | |
| ) | |
| Defendant. ) | |

The criminal complaint and arrest warrant in this case, having been sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the criminal complaint and arrest warrant be unsealed and made public record.

IT IS SO ORDERED.

**Dated:   May 30, 2007**            /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE

1