DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VINCENT RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:07-cr-00150 AWI |
|---|---|
| Plaintiff, | ) DEFENDANT VINCENT RIVERA'S WAIVER OF |
|  | ) APPEARANCE AT PRETRIAL CONFERENCES |
| v. | ) AND HEARINGS; ORDER |
| VINCENT RIVERA, et al., | ) |
| Defendants. | ) Judge: Hon. Anthony W. Ishii |

The undersigned defendant, Vincent Rivera, having been advised of his right to be present at all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to be confronted by and to cross-examine all witnesses, to present evidence in his own defense, and to litigate all issues by either jury or court trial, hereby waives his right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including any status conference, motions hearing, trial confirmation, and/or when a continuance is ordered, hereby requests the court to proceed during every absence of his which the court may permit pursuant to the waiver, and allow his attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to defendant's

///

///

///

1  attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of

2  his appearance at said time and place.  This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

3      I declare under penalty of perjury that the foregoing is true and correct.

4      EXECUTED this  2nd   day of July, 2007, at Fresno, California.

                         /s/   Vincent Rivera
                        VINCENT RIVERA
                        (Original signature maintained in file
                          of Melody M. Walcott.)

AGREED BY COUNSEL:

                        /s/  Melody M. Walcott
                        MELODY M. WALCOTT
                        Assistant Federal Defender
                        Attorney for Defendant
                        VINCENT RIVERA

DATED: July  3 , 2007

**O R D E R**

IT IS SO ORDERED.

**Dated:   July 6, 2007**                    /s/ **Anthony W. Ishii**
                                            UNITED STATES DISTRICT JUDGE