IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-0150 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROPOSED ORDER FOR DESTRUCTION OF |
| v. | ) | BULK MARIJUANA SEIZURE |
| | ) | |
| FIDEL RAMON CASTRO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Having considered the government's application for an order permitting its agents to destroy bulk marijuana seized in this matter pursuant to a duly authorized search warrant and designated DEA Exhibit 11, along with the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the investigation of this matter are authorized to destroy DEA Exhibit #11, the bulk marijuana plants seized in this case. The DEA is, however, ordered to preserve the other drug exhibits seized in this case.

IT IS SO ORDERED.

Dated:   **August 31, 2007**          /s/ Anthony W. Ishii
                                   UNITED STATES DISTRICT JUDGE