DANIEL J. BRODERICK, Bar #89424
Federal Defender
MELODY WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VINCENT RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:07-CR-00150 AWI |
|---|---|
| Plaintiff, | ) No. 5:07-CR-00021 TAG |
| v. | ) **AMENDED APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON** |
| VINCENT RIVERA, | |
| Defendant. | |

Defendant, Vincent Rivera, hereby moves this court for an order to exonerate the bond and reconvey real property in the above-captioned case.

On June 19, 2007, Vincent Rivera appeared in this matter before the Honorable Sandra M. Snyder, United States Magistrate Judge, regarding a case originally before United States Magistrate Judge Theresa A. Goldner, and was ordered released from custody under the supervision of Pretrial Services and a full equity (no less than $250,000) real property bond. Two properties were used as collateral. Certified deeds of trust and straight notes were provided to this court by Dora and Carlos Guerra (7413 Middlebrook Ct, Bakersfield, California 93309 in the amount of $169,777) and Vincent Rivera (1805 La France, Bakersfield, California 93304 in the amount of $101,245) (CR #39, rec #0020712638).

///

///

1. On May 8, 2008, Mr. Rivera appeared, as required, before United States District Court Judge Anthony W. Ishii for sentencing, and thereafter surrendered himself to the Bureau of Prisons to serve his sentence.

Since Mr. Rivera has met the conditions of release in this matter, he requests that the court exonerate the bond set by this court and reconvey title to the real property securing the bond, located at 7413 Middlebrook Ct, Bakersfield, California 93309 to Dora and Carlos Guerra, and the real property located at 1805 La France, Bakersfield, California 93304 to Vincent Rivera.

DATED: June 20, 2008

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Melody M. Walcott
                                        MELODY M. WALCOTT
                                        Attorney of Record for
                                        Vincent Rivera

## **O R D E R**

IT IS HEREBY ORDERED that the bond in the above-captioned case be exonerated and title to the real property located at 7413 Middlebrook Ct, Bakersfield, California 93309, be reconveyed to Dora and Carlos Guerra, and the real property located at 1805 La France, Bakersfield, California 93304, be reconveyed to Vincent Rivera.

IT IS SO ORDERED.

**Dated:   June 20, 2008**                                    /s/ Anthony W. Ishii
                                                        UNITED STATES CHIEF DISTRICT JUDGE